# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00678-CV

---

**St. David's Healthcare Partnership, L.P., LLP
d/b/a St. David's North Austin Medical Center, Appellant**

**v.**

**Levi Bernard and Nadia Bernard, Individually
and as Next Friends of R.B. and S.B., Minor Children, Appellees**

---

**FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-24-003215, THE HONORABLE CATHERINE A. MAUZY, JUDGE PRESIDING**

---

## NO. 03-25-00974-CV

---

**In re St. David's Healthcare Partnership, L.P., LLP
d/b/a St. David's North Austin Medical Center**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal and original proceeding, representing that they have settled their dispute and are finalizing a settlement agreement. We grant the motion and abate the appeal and original proceeding until further order of this Court. By February 27, 2026, the parties shall file either a motion to reinstate the appeal and original

proceeding, a motion to dismiss the appeal and original proceeding, or a status report accompanied by a motion to extend the abatement.

It is so ordered on January 16, 2026.


Before Chief Justice Byrne, Justices Crump and Ellis

Abated

Filed: January 16, 2026

2